## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:                                                          **Case No. 14-04141-JAF**

**RICHARD L. KELLY**                                          **Chapter 7**

      **Debtor.**

_____/

### TRUSTEE'S MOTION TO SELL

---

#### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within **twenty-one (21) days from the date set forth on the proof of service attached to this paper plus an additional three (3) days for service**. If you object to the relief requested in this paper you must file your objection with the Clerk of U.S. Bankruptcy Court at 300 North Hogan St., Ste. 3-350, Jacksonville, FL 32202, and serve a copy on the movant's attorney, Eugene H. Johnson, Esq., 100 N. Laura Street, Ste. 701, Jacksonville, FL 32202 and the Trustee, Aaron R. Cohen, P.O. Box 4218, Jacksonville, FL 32201.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant relief requested.

---

Now comes Gordon P. Jones, Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, hereby moves the Court for an Order authorizing the sale of real property described below and in support hereof would show:

1.      The Trustee proposes to sell at private sale, the Bankruptcy Estate's interest in the following parcel of real property (the "Property"): 4198 N. Forest Lake Drive, Citrus County, FL, which is more particularly described as follows:

**LOT 48, BLOCK N, OF FAIRVIEW ESTATES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 12, PAGES 49 THROUGH 60, INCLUSIVE, OF THE PUBLIC RECORDS OF CITRUS COUNTY FLORIDA.**

2.　　The proposed sale is to Joseph R. Harrison and David Harrison (collectively, the "Buyers").

3.　　To the best of Trustee's knowledge, information and belief, the Buyers do not have any relationship with the Debtor, Trustee, and/or other estate professionals, other than being co-owners of the Property with the Debtor.

4.　　The Property consists of a vacant parcel of land with no improvements, with a 2014 Citrus County, Florida Property Appraiser assessed value of $21,420.00.

5.　　The Trustee believes the Bankruptcy Estate holds an undivided $1/3^{rd}$ interest in the Property with the Buyers. The proposed sales price is $2,000.00 (the "Sales Proceeds"). This is an all cash offer with no financing contingencies. The Trustee has undertaken efforts to solicit offers from thirds parties and this is the best and highest offer for such partial interest.

6.　　The Property is being sold "as-is, where-is", by Trustee's Deed, and will not contain any warranties of title whatsoever. The sale is subject to all liens and encumbrance of record, including ad valorem taxes.

7.　　The Buyers will pay the following costs associated with this sale: (i) Deed Stamps - $14.00; and (ii) County Recording Fees - $18.50.

8.　　Buyers shall pay the Trustee the total sum of $2,035.50 ("the "Sales Proceeds") by certified check or money order, within ten (10) days from the entry of an Order approving this Motion. Within ten (10) days of the Trustee's receipt of the Sale Proceeds, he will execute a Trustee's Deed and cause same to be recorded in the public records, in and for Citrus County, FL and shall forthwith return the original Trustee's Deed to the Buyers.

9.    The Sales Proceeds shall be payable to Aaron R. Cohen, Trustee and mailed to P.O. Box 4218, Jacksonville, FL 32201.  The Sales Proceeds shall be free and clear of liens and encumbrances, become property of the Bankruptcy Estate, and be distributed according to the Bankruptcy Code.

10.    To the best of the Trustee's knowledge, information and belief, there will be no negative tax consequence associated with this sale.

11.    Because it appears to the Trustee that this transaction provides a benefit to all parties involved, the Trustee requests an Order from the Court approving this sale.

12.    The Trustee further requests that the 14-day stay imposed by Bankr. R. 6004(h) be waived.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order (i) authorizing the sale subject of the real property described above; (ii) authorizing the Trustee to pay the recording fees and documentary stamps from the sales proceeds; (iii) waiving 14-day stay imposed by Bankr. R. 6004(h); and (iv) granting the Trustee any other relief to which he may be entitled.

Respectfully submitted,

JOHNSON LAW FIRM, P.A.

/s/ Eugene H. Johnson
Eugene H. Johnson, Esq. (0032105)
100 N. Laura Street, Ste. 701
Jacksonville, FL 32202
(904) 652-2400
(904) 652-2401 Facsimile
ehj@johnsonlawpa.com

*Counsel for Trustee*


**BUYERS AGREE TO THE TERMS OF SALE SET FORTH HEREINABOVE.**

Joseph R. Harrison
310 N. Cleveland-Massillon Road
Akron, Ohio 44333
330-666-6900
330-666-7905
jharrison@jrhlpa.com

David Harrison
310 N. Cleveland-Massillon Road
Akron, Ohio 44333
330-666-6900
330-666-7905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2015, a copy of the foregoing was furnished by U.S. Mail, postage prepaid and properly addressed to:

Richard L. Kelly
PO BOX 641104
Beverly Hills, FL 34464

David Harrison
310 N. Cleveland-Massillon Road
Akron, Ohio 44333

Joseph R. Harrison
310 N. Cleveland-Massillon Road
Akron, Ohio 44333

and all parties on the attached mailing matrix;

and via CM/ECF electronic notice to:

Rinky Parwani, Esq., on behalf of the Debtor

United States Trustee

/s/ Eugene H. Johnson

Label Matrix for local noticing
113A-3
Case 3:14-bk-04141-JAF
Middle District of Florida
Jacksonville
Tue Mar 24 16:11:14 EDT 2015

PennyMac Loan Services, LLC
Aldridge - Connors
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305-1636

5 Star Bnk
Po Box 14108
Colorado Springs, CO 80914-0108

ARM Solutions
Box 3666 Camarillo
Camarillo, CA 93011-3666

Achieva Credit Union
Achieva Credit Union
Po Box 1500
Dunedin, FL 34697-1500

Advance America Cash Advance
726 SE US HWY 19
Crystal River, FL 34429-4810

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

Americas
401 Ponce De Leon Blvd
Brooksville, FL 34601-1904

Arrow Pest Control
6225 Tower Lane
Sarasota, FL 34240-8808

Bank Of Inverness
3749 E Parsons Pt
Hernando, FL 34442-3429

Brock & Scott, PLLC
James G. Downey, Esq.
1315 Westbrook Plaza Dr
Winston Salem, NC 27103-1357

Cach Llc/Square Two Financial
Attention: Bankruptcy
4340 South Monaco St.  2nd Floor
Denver, CO 80237-3485

Chrysler Financial/TD Auto Finance
Attn: Bankruptcy Dept
Po Box 551080
Jacksonville, FL 32255-1080

Citifinancial
605 Munn Road
Fort Mill, SC 29715-8421

Citrus County Tax Collector
210 N. Apopka Ave Ste 100
Inverness FL 34450-4298

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ge Capital Credit Card
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gulf Coast Coll.
5630 Marquesas Circle
Sarasota, FL 34233-3331

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James E. DeFurio, P.A.
201 East Kennedy Blvd, #775
Tampa, FL 33602-5882

James E. DeFurio, P.A.
PO BOX 172717
Tampa, FL 33672-0717

Janice A. Warren, CFC
Citrus Co Tax Collector
PO BOX 641104
Beverly Hills, FL 34464-1104

John and Shelly Sizemore
State Farm Insurance
PO BOX 106139
Atlanta, GA 30348-6139

Johnson & Freedman LLC
1587 NE Expresswat
Atlanta, GA 30329

Kass Shuler
David Melvin
PO BOX 800
Tampa, FL 33601-0800

Kass Shuler Solomon Spector
David Melvin, Esq.
1505 North Florida Ave
Tampa, FL 33602-2613

Kerry Puhl Lawnworks, Inc.
c/o Hardee Law Firm
PO Drawer 450
Madison, FL 32341-0450

Law Offices of Joe Pezzuto
4013 East Broadway #A2
Phoenix, AZ 85040-8818

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826-2703

Pennymac
PO BOX 514387
Los Angeles, CA 90051-4387

Pennymac Loan Services
Attn: Bankruptcy
Po Box 514357
Los Angeles, CA 90051

Pennymac Loan Services LLC
PO BOX 660929
Dallas, TX 75266-0929

Pine Ridge POA, Inc.
5690 West Pine Ridge Blvd
Beverly Hills, FL 34465-2876

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

Scherr & McClure, P.A.
1064 Greenwood Blvd #328
Lake Mary, FL 32746-5419

SunTrust Mortgage Inc
901 Semmes Avenue
Richmond, VA 23224-2270

SunTrust Mortgage Inc
PO BOX 622227
Orlando, FL 32862-2227

Suntrust Bank
Attn:Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23285-5092

Suntrust Bk
Attn: Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23285-5092

Suntrust Bk Nature Coa
Po Box 85092
Mc Va-Wmrk-7952
Richmond, VA 23285-5092

Suntrust Mortgage/cc 5
Attn:Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23285-5092

The Hardee Law Firm
P.O. Box 450
Madison, FL 32341-0450

Umb Bank Na
Po Box 419734
Kansas City, MO 64141-6734

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2476

United States Trustee - JAX 13/7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Vital Recovery Svc
Box 923747
Norcross, GA 30010-3747

Wyndham Vacation Resorts Inc
6277 Sea Harbor Drive
Orlando, FL 32821-8028

Wyndham Vacation Resorts Inc
PO BOX 98940
Las Vegas, NV 89193-8940

Wyndham Vacation Resorts Inc
c/o Stanton Gasdick
390 North Orange Ave - 260
Orlando, FL 32801-1612

Aaron R. Cohen
P.O. Box 4218
Jacksonville, FL 32201-4218

Eugene H. Johnson
300 W. Adams Street, Ste. 350
Jacksonville, FL 32202-4330

Richard L Kelly
PO BOX 641104
Beverly Hills, FL 34464-1104

Rinky S Parwani
Parwani Law, P.A.
9905 Alambra Avenue
Tampa, FL 33619-5060

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121

Internal Revenue Service
PO Box 16336
Philadelphia, PA 19114-0436

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Santander Consumer USA Inc.

(u)Amc Mortgage Services

End of Label Matrix
Mailable recipients    54
Bypassed recipients     2
Total                  56